IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Nettles, Mary H

Printed: 2/26/08

Case Number: 07 B 13882
Judge: Squires, John H
Filed: 8/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 16, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | DaimlerChrysler Servs North America | Secured | 0.00 | 0.00 |
| 2. | RMI/MCSI | Unsecured | 15.00 | 0.00 |
| 3. | ECast Settlement Corp | Unsecured | 28.36 | 0.00 |
| 4. | Overland Bond & Investment Corp | Unsecured | 796.37 | 0.00 |
| 5. | Triad Financial Services | Unsecured |  | No Claim Filed |
| 6. | Village of Forest Park | Unsecured |  | No Claim Filed |
| 7. | Chrysler Credit | Unsecured |  | No Claim Filed |
| 8. | EMCC | Unsecured |  | No Claim Filed |
| 9. | GEMB | Unsecured |  | No Claim Filed |
| 10. | First Premier Bank | Unsecured |  | No Claim Filed |
| 11. | Rush Medical Center | Unsecured |  | No Claim Filed |
| 12. | TCF Bank | Unsecured |  | No Claim Filed |
| 13. | Christopher Coogan | Unsecured |  | No Claim Filed |
| 14. | The Diamond Center | Unsecured |  | No Claim Filed |
| 15. | University Pathologists PC | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 839.73 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Nettles, Mary H | Case Number:  07 B 13882 |
| | Judge:  Squires, John H |
| Printed:  2/26/08 | Filed:  8/2/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_